## 48809. WRIGHT BODY WORKS, INC. v. COLUMBUS INTERSTATE INSURANCE AGENCY.

PER CURIAM.

The Supreme Court on certiorari (*Wright Body Works v. Columbus Interstate Ins. Agency,* 233 Ga. 268) having reversed the judgment of this court in *Wright Body Works v. Columbus Interstate Ins. Agency,* 132 Ga. App. 307 (208 SE2d 111), the judgment is vacated and set aside. In accordance with the opinion of that court, the judgment of the lower court is reversed.

*Judgment reversed. Bell, C. J., Pannell, P. J., Deen, P. J., Quillian, Evans, Clark, Stolz, Webb and Marshall, JJ., concur.*

DECIDED JANUARY 17, 1975.

*Martin, Kilpatrick & Davidson, Paul Kilpatrick, Jr.,* for appellant.

*Kelly, Champion, Denney & Pease, Edward W. Szczepanski, Jr.,* for appellee.